

Our business CARD, sent All over the United States

314-724-5469

*My Business Sales/etc.*

Tuesday, July 6, 2004

THE COMMERCIAL APPEAL

# BUSINESS

# Metro Hotels gains new life

## Bankruptcy case closed, group plans Benchmark renovation

By David Flaum
flaum@commercialappeal.com

Metro Hotels Inc. has emerged from bankruptcy court protection with a plan to improve its Best Western Benchmark Hotel and renew efforts to keep another downtown hotel.

Metro will spend about $300,000 immediately and another $200,000 over the next six to nine months on the 124-room Benchmark at Union and Third, using the $2.8 million in financing the firm got from Giant Hospitality of Fresno, Calif.

"We're improving the elevators, upgrading the rooms (about half will get new mattresses), and we're adding a lobby bar," said Mabra Holeyfield, president of Metro.

About $2 million will go into paying off the company's debt to Citigroup, he said.

Faced with foreclosure by Citigroup's Salomon Brothers Realty Co. on the Benchmark, Metro Hotels filed for Chapter 11 protection with the U.S. Bankruptcy Court in Memphis in September 2003. The filing listed $2.3 million in debt, which included the $1.8 million mortgage on the hotel.

"It's regrettable that it was necessary," Holeyfield said Monday. "Chapter 11 suggests the hotel was in financial trouble, but that was not the case."

The company had missed monthly payments on the mortgage right after the terrorist attacks on Sept. 11, 2001, but had caught up, he said.

Giant Hospitality Group got financing in place about a month and a half ago to settle the debt with Citigroup and to do the improvements, said Al Cross of Giant.

The bankruptcy case was closed last month, according to court records.

Giant is also trying to arrange financing to allow Metro Hotels to keep the former Holiday Inn at Third and Court, the subject of a foreclosure auction last year. The company got a temporary restraining order last year stopping the closing of the sale to Edison Group of New York. That case is pending.

The three-story hotel atop a seven-floor parking garage is an excellent spot for an economy-priced hotel, Holeyfield said.

"We don't really have one downtown, and it's needed," he said.

Other downtown hotels include The Peabody, a Hampton Inn & Suites, the Marriott Downtown at Cook Convention Center, The Madison, a Holiday Inn Select next to the Benchmark, Sleep Inn at Court Square, a Radisson, a Springhill Suites by Marriott and a newly opened Residence Inn.

— David Flaum: 529-2330

*Got this done as well! Cost $2,000; 200.00 more*

# The Intelligencer

## REGION

THURSDAY
APRIL 26, 2007

REGION.................10-11
WEATHER...............12
FINANCIAL.............16-17

# Houston Woman to Purchase McLure

By PATRICK WOOD
Staff Writer

WHEELING — The sale of the McLure House Hotel & Conference Center to Fran Garey, a Houston businesswoman, is expected to be finalized by Friday.

Al Cross, owner of Giant Hospitality Group which is brokering the sale for Bayview Financial, confirmed that the sale is pending.

The sale price, which does not yet include closing costs and tax adjustments, will be in excess of $2 million, Cross said. Garey has made a substantial down payment and plans to pay cash for the property, he noted.

Cross' California-based Giant Hospitality Group is brokering the sale for Bayview Financial. Giant Hospitality has specialized in financially troubled property since 1982.

Bayview, a multibillion-dollar company, purchased the note on the property some two and a half years ago and foreclosed on it a year ago, Cross said.

Since that time, a Virginia brokerage company had been unsuccessful in attempts to sell the property. Bayview and its affiliate, LB Properties Holding, contacted him a month ago about finding a buyer.

"They described it as an attractive, unique, historical hotel located in Wheeling, W.Va.," said Cross.

Cross contacted Garey, who came to Wheeling to view the property two weeks ago. Garey has been involved in the hotel and hospitality industry for 35 years, including property in Houston, Memphis, Tenn., and Hot Springs, Ark., Cross said.

After researching the Wheeling area, Garey made an offer that LB Properties countered and she accepted, Cross said.

Garey said Cross was attracted to Wheeling for several reasons, including the nearness of Interstate 70 and the Ohio River and the close proximity to Pittsburgh and Columbus. In addition to the appeal of the McLure building and its potential, Cross said she also was impressed by the friendliness of the people and the area's connection to country music.

Once the business is purchased, said Cross, Garey and/or her entity plan to spend substantial money remodeling and upgrading the building, including refurbishing the rooms and reopening the lounge.

Cross, whose wife June "Ricki" Page was a background singer for Elvis Presley and a performer on Hee Haw, said Garey hopes to utilize country music performers when the lounge is reopened.

Cross said Garey plans to retain the existing McLure staff and operate a locally staffed business. Her associate, B.J. Ulcak, whose aunt is a native of the Wheeling area, will oversee management. Title work on the sale is being conducted by Wheeling attorney David Sims.

---

## 'Good People' Lend a Hand

### Carpenters build wheelchair ramp for local man

By FRED CONNORS
Staff Writer

WHEELING — Good things happen when people pull together to help someone in need.

Such was the case when...



