

Alfred Cross
Peter E Popit
to:
Thomas_Gabel
09/18/2017 02:52 PM
Hide Details
From: Peter E Popit <ppopittpwlaw@gmail.com>
To: <Thomas_Gabel@fd.org>

1 Attachment



Attachments re State Bank of Whittington vs Al Cross matter.pdf

THOMAS C. GABEL
ASSISTANT FEDERAL PUBLIC DEFENDER
650 MISSOURI AVENUE
SUITE G1-A, PO BOX 159
EAST ST LOUIS IL 62201

Re:   U.S.A. vs. Alfred L. Cross, Jr.
      Docket Number:  0754 3:17CR30047
      Our File: ; P-15804

*Handwritten annotations:*
A. Would had sold and they head money, if had not been incarcerated!
B. A civil lawsuit!
C. The Deed has been signed. Return to Mr. P, + recorded!

Dear Mr. Gabel:

I represent the State Bank of Whittington of Benton, Illinois. I have previously communicated with Assistant United States Attorney, Scott Verseman, seeking his assistance with the execution of a certain Quitclaim Deed from Al Cross to my client. This solicitation was made in the context of the State Bank of Whittington claiming a certain loss as a result of its dealings with Mr. Cross and a certain Judgment Order entered by the Circuit Court for the Second Judicial Circuit, Franklin County, Illinois on July 28, 2015 wherein it made Mr. Cross an involuntary trustee of a constructive trust for property in West Frankfort, Illinois which the Bank had sold to him, but was never paid. Prior to Mr. Cross' incarceration on the federal criminal pending charges, he was attempting to sell the property and pay over all sale proceeds to my client.   *[A]*

It is imperative that Mr. Cross quitclaim his interest in the property at the present time. He has not paid the real estate taxes upon the same for the last three years and there is now pending a tax deed proceeding in the Franklin County Circuit Court (2017-TX-46). The last day to redeem in November 17, 2017. After that date, the property will be subject to an order for the issuance of a tax deed to the holder of the certificate. I am sending you copies of the estimate of real estate redemption which indicates that the amount owed is $9,180.25 with interest changing that figure on October 15, and October 25, 2017. The State Bank of Whittington is reluctant to pay the delinquent amount without any assurance that Mr. Cross will transfer ownership of the property.

I have told Scott Verseman that the State Bank of Whittington will credit any net amount after the sale of the property if Cross transfers the same to the total obligation the Bank claims is owed. In that regard, I am sending you as an attachment, a copy of the Bank's Declaration of

Victims Losses and the proposed Quitclaim Deed.

I will contact you in a few days after you have had some time to review and possibly discuss with Mr. Cross. Thank you for any assistance that you can provide.

Sincerely yours,
PETER E. POPIT
TROUTT, POPIT & WARNER, P.C.
Attorneys at Law
105 North Main - P.O. Box 548
Benton, IL 62812
Telephone: 618/439-9427
FAX: 618/435-3916

cc: Donnie Bond, State Bank of Whittington, by email, without attachments.
John Renik, State Bank of Whittington, by fax, without attachments.

*I purchase this property from bank, made number of improvements, raised value!*