
# WESTAMERICA BANK

## Declaration Concerning Bank Records

The undersigned officer of Westamerica Bank having been duly authorized to make this declaration, declares on behalf of said bank:

He/she is a duly authorized custodian of said bank's records or other qualified witness, as to which he/she is qualified to testify and authorized to certify;

He/she has read the GRAND JURY SUBPOENA with which this Declaration is enclosed, and has made and caused to be made a diligent search for all such records at the office of said bank upon which said GRAND JURY SUBPOENA was served.

Some of said records were not found and, therefore, the undersigned declares that said office has only part of the records described in said GRAND JURY SUBPOENA of which copies are enclosed herewith.

The copies of records enclosed herewith are true copies of records described in the GRAND JURY SUBPOENA and found at said office, the originals of which were prepared or received by the personnel of said office in the ordinary course of business at or near the time of the act, condition or event so recorded, except as otherwise indicated.

The enclosed records are identified as follows:

COPIES OF SIGNATURE CARDS FOR CHECKING ACCOUNTS #172-03658-4 AND #172-04085-9 IN THE NAME OF ALFRED L CROSS AND CHECKING ACCOUNTS #274-95789-3 AND #274-95815-6 IN THE NAME OF CROSS, ALFRED L DBA GIANT HOSPITALITY GROUP.

COPIES OF STATEMENTS, CANCELED CHECKS, AND RETURNED ITEMS FOR CHECKING ACCOUNT #172-03658-4 REFLECTING ACTIVITY OF 1/1/2010 THROUGH 10/25/2013 (DATE ACCOUNT CLOSED).

COPIES OF STATEMENTS, ACCOUNT #172-04085-9 REFLECTING ACTIVITY OF 1/1/2010 THROUGH 12/18/2013 (DATE ACCOUNT CLOSED)

COPIES OF STATEMENTS, DEPOSITS WITH OFFSETS, DEBIT MEMOS WITH OFFSETS, AND CREDIT MEMOS WITH OFFSETS FOR CHECKING ACCOUNT #274-95789-3 REFLECTING ACTIVITY OF 9/16/2011 (DATE ACCOUNT OPENED) THROUGH 10/31/2011 (DATE ACCOUNT CLOSED).

COPIES OF STATEMENTS, DEPOSITS WITH OFFSETS, CANCELED CHECKS, DEBIT MEMOS WITH OFFSETS, CREDIT MEMOS WITH OFFSETS, CASHIER'S CHECK, AND RETURNED ITEMS FOR CHECKING ACCOUNT #274-95815-6 REFLECTING ACTIVITY OF 10/13/2011 (DATE ACCOUNT OPENED) THROUGH 4/30/2015 (DATE ACCOUNT CLOSED).

The enclosed records were prepared as follows: The original bank statements were prepared by the bank's automated deposit account system. The copies of the statements and canceled checks, withdrawals and/or deposited items reflected in the enclosure are copies made from microfiche and microfilm records maintained by the bank. The original signature card was reviewed and signed by the customer(s) whose name(s) appear thereon. The original signature card remains in the bank's possession.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on Monday, December 14, 2015 at 4560 Mangels Blvd., Fairfield, California.

Tabitha Correia
Loss Investigator