## DECLARATION OF CUSTODIAN OF RECORDS

My name is _Lisa Crews_. I hereby declare that I am a custodian of these records made as a regular practice and kept in the course of regularly conducted business activity by _The Bank of Jackson_ [name of business] and that the following items, totaling _61_ pages attached hereto, relating to _Alfred L. Cross_ [subject matter], are each a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses, made at or near the time by, or from information transmitted by, a person with knowledge. I also declare that each record is an original record or exact duplicate of the original record kept by _The Bank of Jackson_ [name of business].

I certify that each record:

(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) was kept in the course of the regularly conducted activity; and

(C) was made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-1-15_

_Lisa Crews_
Signature

_Lisa J. Crews_
Name (printed)

_AVP_
Title

The term "business" as used in this declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.