

**U.S. DEPARTMENT OF JUSTICE**
*United States Attorney*
*Southern District of Illinois*
*James L. Porter*
*Acting United States Attorney*

---

*Scott A. Verseman*          TEL: (618) 628-3700
*Assistant United States Attorney*  FAX (618) 628-3720
Nine Executive Drive
Fairview Heights, Illinois  62208
Scott.Verseman@usdoj.gov

May 27, 2016

Alfred Cross
1101 5th Street S
Effingham, IL  62401

Dear Mr. Cross:

    The federal government has received information indicating that you committed federal crimes, including bank fraud, in violation of Title 18, United States Code, Section 1344.

    It is expected that this office will present this matter to a federal grand jury within the near future and may seek an indictment against you for these crimes at that time.  Before presentation of this matter to the grand jury, this office is willing to discuss with your attorney the possibility of a pre-indictment plea agreement if you so desire.  It is important that you consider this matter carefully with your attorney.

    If you can demonstrate that you are financially unable to hire an attorney, one can and will be appointed by the court to assist you.  To request a court-appointed attorney, you must first complete and sign the bottom portion of the enclosed financial affidavit.  After accurately completing the affidavit, please return it to this office in the enclosed, postage-paid envelope.  The affidavit will then be presented to a United States Magistrate Judge who will determine whether or not you qualify for a court-appointed attorney.  You will be notified of the court's decision.

    Your attorney should contact the undersigned Assistant no later than Monday, June 13, 2016, if he or she wants to discuss this matter.  If you are requesting a court-appointed attorney, your application should reach this office on or before the same date.  If neither your attorney nor you have contacted this office by the date indicated, this office will proceed with preparations for the presentation of your case to the grand jury.

    Sincerely yours,

    JAMES L. PORTER
    Acting United States Attorney

    SCOTT A. VERSEMAN
    Assistant United States Attorney

encl.

| CJA 23       | **FINANCIAL AFFIDAVIT** |
|--------------|-------------------------|
| (Rev. 11/11) | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF

United States  v.  Alfred Cross

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*
18 United States Code, Secion 1344

☑ Felony
☐ Misdemeanor

---

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your spouse earn per month? $ _____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED                        SOURCES
IF YES, give the amount received and identify the sources
$ _____
$ _____
$ _____

**CASH**

Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No   IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

VALUE                         DESCRIPTION
IF YES, give value and description for each
$ _____
$ _____
$ _____
$ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|-------------|------------|-----------------|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

---

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

Date

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 16280   WASHINGTON DC

POSTAGE WILL BE PAID BY U.S. DEPARTMENT OF JUSTICE

ATTN: Scott A. Verseman
UNITED STATES ATTORNEYS OFFICE
9 EXECUTIVE DR
FAIRVIEW HEIGHTS IL 62208

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300