IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TARGET OF INVESTIGATION ) <br> GRAND JURY MATTER ) <br> ) <br> ALFRED CROSS ) <br> ) | **FILED UNDER SEAL** <br><br> Case No.: 3:16-mj-3079-DGW |

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

It is the finding of the Court that the above-named individual is unable to employ counsel, does not wish to waive counsel and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender or a CJA Panel Attorney is appointed to represent the above-named defendant, a target of a Grand Jury investigation, for disposition and resolution of the investigation currently pending.

The defendant may be required to contribute to the cost of representation depending on circumstances to be determined at a later date.

**IT IS SO ORDERED:**

on this 11th day of July 2016

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

cc: Assistant U.S. Attorney Scott A. Verseman