## Verseman, Scott (USAILS)

**From:** Thomas Gabel <Thomas_Gabel@fd.org>
**Sent:** Friday, February 17, 2017 3:44 PM
**To:** Verseman, Scott (USAILS)
**Subject:** Re: Al Cross

Write it up.

Tom

"Verseman, Scott (USAILS)" ---02/17/2017 03:42:06 PM---Tom: I hadn't followed up with you on this - is Cross still interested in pleading to an information

"Verseman, Scott (USAILS)" ---02/17/2017 03:42:06 PM---Tom: I hadn't followed up with you on this - is Cross still interested in pleading to an information

From: "Verseman, Scott (USAILS)" <Scott.Verseman@usdoj.gov>
To: Thomas Gabel <Thomas_Gabel@fd.org>
Date: 02/17/2017 03:42 PM
Subject: Al Cross

---

Tom:

I hadn't followed up with you on this – is Cross still interested in pleading to an information? If so, let me know and I'll write it up. If not, I'll be requesting an indictment within the next month.

Thanks,

Scott

Scott A. Verseman
Assistant United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978