**Verseman, Scott (USAILS)**

---

| | |
|---|---|
| **From:** | Verseman, Scott (USAILS) |
| **Sent:** | Wednesday, March 01, 2017 10:10 AM |
| **To:** | Thomas Gabel |
| **Subject:** | U.S. v. Al Cross |
| **Attachments:** | Information.docx; Stipulation.Facts.docx; Plea.Agreement.docx |

Tom:

Attached are a proposed criminal information, plea agreement, and stipulation of facts for Al Cross. Let me know if these are acceptable. Assuming they are, I will send them up to my supervisors for approval.

Thank you,

Scott A. Verseman
Assistant United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, IL  62208
Desk: (618) 628-3713
Cell: (618) 304-4978