## Verseman, Scott (USAILS)

**From:** Thomas Gabel <Thomas_Gabel@fd.org>
**Sent:** Thursday, March 09, 2017 12:56 PM
**To:** Verseman, Scott (USAILS)
**Subject:** Re: U.S. v. Al Cross

Good Afternoon

I received a call from Al's brother, Mr. Cross is in jail in Kentucky. I have no additional info but assume it is on the same case as before

Tom