# Verseman, Scott (USAILS)

**From:** Thomas Gabel <Thomas_Gabel@fd.org>
**Sent:** Thursday, March 09, 2017 1:06 PM
**To:** Verseman, Scott (USAILS)
**Subject:** RE: U.S. v. Al Cross

Sounds good to me

Tom

"Verseman, Scott (USAILS)" ---03/09/2017 12:59:47 PM---Tom: I just received approval yesterday for the deal we had discussed.

"Verseman, Scott (USAILS)" ---03/09/2017 12:59:47 PM---Tom: I just received approval yesterday for the deal we had discussed.

From: "Verseman, Scott (USAILS)" <Scott.Verseman@usdoj.gov>
To: Thomas Gabel <Thomas_Gabel@fd.org>
Date: 03/09/2017 12:59 PM
Subject: RE: U.S. v. Al Cross

---

Tom:

I just received approval yesterday for the deal we had discussed.

Here's my thought: I can go ahead and file the information. Then I can request a writ to have him brought into federal court in the SD IL from Kentucky.

Is that plan OK with you?

Scott

Scott A. Verseman
Assistant United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978


From: Thomas Gabel [mailto:Thomas_Gabel@fd.org]
Sent: Thursday, March 09, 2017 12:56 PM
To: Verseman, Scott (USAILS) <SVerseman@usa.doj.gov>
Subject: Re: U.S. v. Al Cross

Good Afternoon

I received a call from Al's brother, Mr. Cross is in jail in Kentucky. I have no additional info but assume it is on the same case as before

Tom

2