**Verseman, Scott (USAILS)**

| | |
|---|---|
| **From:** | Federhofer, Matthew J. (SI) (FBI) <mjfederhofer@fbi.gov> |
| **Sent:** | Friday, September 08, 2017 3:27 PM |
| **To:** | Verseman, Scott (USAILS) |
| **Subject:** | Re: U.S. v. Cross |

I'm in

-------- Original message --------
From: "Verseman, Scott (USAILS)" <Scott.Verseman@usdoj.gov>
Date: 9/8/17 2:34 PM (GMT-06:00)
To: "Federhofer, Matthew J. (SI) (FBI)" <mjfederhofer@fbi.gov>
Subject: U.S. v. Cross

Matt:

I spoke with Tom Gabel in court today. Tom agreed that we can go down and meet with Cross at the St. Clair County Jail next Wednesday, September 13th, at 10:00 a.m. I hope that date and time works for you.

If you could, please shoot me a reply e-mail to confirm, or let me know if you have a conflict.

Thanks,

Scott

Scott A. Verseman
Assistant United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, IL  62208
Desk:  (618) 628-3713
Cell:  (618) 304-4978