**Verseman, Scott (USAILS)**

| | |
|---|---|
| **From:** | Verseman, Scott (USAILS) |
| **Sent:** | Wednesday, October 11, 2017 4:46 PM |
| **To:** | Thomas_Gabel@fd.org |
| **Subject:** | U.S. v. Cross |
| **Attachments:** | Indictment.docx |

Tom:

Attached is a courtesy copy of the indictment I intend to present to the grand jury next Tuesday. If Cross wants to plead to the information before the indictment is returned, I'm available for a plea hearing anytime on Friday of this week or Monday of next week. Just set it up with the court and let me know.

Katie Freeman of U.S. Probation has informed me that Farmers and Merchants Bank is no longer seeking restitution. As a result, I will agree not to seek restitution for Farmers and Merchants if Cross pleads to the pending information.

Scott A. Verseman
Assistant United States Attorney
Southern District of Illinois
Nine Executive Drive
Fairview Heights, IL 62208
Desk: (618) 628-3713
Cell: (618) 304-4978