Alfred Cross
St. Clair Cty.
700 N. 5th St.
Belleville, Ill.
62220

Honorable Judge Nancy J. Rosenstengel
United States Courthouse
750 Missouri Avenue
East St. Louis, Illinois 62301

MAIL CLEARED
US MARSHALS



Legal Mail!

RECEIVED

FEB - 5 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE