COPY

0011178

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, EFFINGHAM, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                       -vs-                            ) No. 11-CF-234

FILED
DEC 1 4 2011
Becky Jansen
CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

Alfred L. Cross
DOB: 03-09-43
308 Cumberland
Greenup, IL 62428

                Defendant.

## BILL OF INDICTMENT

**THE GRAND JURY CHARGES:**

**COUNT I**

That on the 28th day of July, A. D., 2011 in Effingham County, Alfred L. Cross committed the offense of **THEFT,** in that the Defendant knowingly obtained by deception control over property of Midland States Bank, being: U. S. Currency, having a total value in excess of $10,000.00, but less than $100,000.00, intending to deprive the owner, Midland States Bank, located at 133 W. Jefferson Avenue, Effingham, permanently of the use and benefit of the property, in that said defendant delivered to Midland States Bank, a fraudulent personal check in the amount of Forty-Seven Thousand Nine Hundred and Four Dollars ($47,904.00) into his business account, USA Inns, located at Midland States Bank; in violation of 720 ILCS 5/16-1(a)(2)(A) (Class 2)

A TRUE BILL

_Sherman K. _____
FOREMAN

AA: EPD   Off: Volpi, S

COPY

0015404

### COUNT II

That on the 28th day of July, A. D., 2011 in Effingham County, Alfred L. Cross committed the offense of **THEFT**, in that the Defendant knowingly obtained by deception, control over property of Midland States Bank, being: U. S. Currency, having a total value in excess of $500.00 but less than $10,000.00, intending to deprive the owner, Midland States Bank, located at 133 W. Jefferson Avenue, Effingham, permanently of the use and benefit of the property, in that the defendant delivered to Midland States Bank, a fraudulent personal check in the amount of Forty-Seven Thousand Nine Hundred and Four Dollars ($47,904.00) into his business account, USA Inns, located at Midland States Bank; in violation of 720 ILCS 5/16-1(a)(2)(A)  (Class 3)

**A TRUE BILL**

_[signature]_
**FOREMAN**

AA: EPD   Off: Volpi, S