

15470

**FILED**

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT OCT 0 3 2013
EFFINGHAM COUNTY, EFFINGHAM, ILLINOIS

CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

**THE PEOPLE OF THE STATE OF ILLINOIS** )
)
Plaintiff )
-vs- ) No. 11-CF-234
Alfred L. Cross )
DOB: 03-09-43 )

## INFORMATION

### COUNT I I I

The State's Attorney of said County charges:

That on the 28th day of July, A. D., 2011, in Effingham County, Alfred L. Cross committed the offense of **THEFT**, in that the Defendant knowingly exerted unauthorized control over property of Midland States Bank, being: U.S. Currency, having a total value less than $500.00, intending to deprive Midland States Bank permanently of the use and benefit of the property; in violation of 720 ILCS 5/16-1(a) (1) (A) (Class A) ( ) A Motor Vehicle was Used in the Commission of this Offense

_____
State's Attorney

STATE OF ILLINOIS
                    SS:
COUNTY OF EFFINGHAM

The undersigned, on oath, says that the facts set forth in the foregoing information are true in substance and in fact, to the best of my knowledge, information and belief.

_____
Complainant

SWORN TO before me this 3rd day of July, A. D., 2013

_____
Notary

AA: EPD Off: Volpi, S

"OFFICIAL SEAL"
VICKY BUDDE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/17/14