

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

EFFINGHAM COUNTY, ILLINOIS

**FILED JUL 08 2013**

CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
)
vs. )
)
Alfred L Cross )  No. 2011-CF-234

### PLEA OF GUILTY AND WAIVER OF JURY TRIAL

I, the undersigned Defendant, enter my plea of Guilty to the __Count III__ . I understand that I am entitled to plead not guilty and have a jury trial or a bench trial (by a Judge). I am pleading guilty and waiving, or giving up, my right to a jury or bench trial. I am asking the Judge to accept my plea of guilty and impose a sentence upon me.

X __70__
Age

X __7-8-13__
Date

X __[signature]__
Defendant's Signature

X __[address]__
Address

X __St. Elmo, Ill__

(If this offense is a violation of the Illinois Controlled Substances Act, the Cannabis Control Act, or any of the following sections of the Criminal Code: 11-6, 11-8, 11-9, 11-11, 11-14, 11-15, 11-15.1, 11-16, 11-17, 11-17.1, 11-18, 11-18.1, 11-19, 11-19.1, 11-19.2, 11-20.1, 11-21, 12-13, 12-14, 12-15, of 12-16, AND if the Defendant is employed by a facility or center as defined under the Child Care Act of 1969, a public or private elementary or secondary school, or otherwise works with children under 18 years of age on a daily basis, the Defendant shall state the name and address or his or her employee on the reverse of this form. This provision applies even if a judgment is not entered on the plea.)   (4/94)

**STATE OF ILLINOIS, COUNTY OF EFFINGHAM**
I, John Niemerg, Circuit Clerk of the County and State aforesaid do hereby certify that the foregoing is a true copy of the same as appears on file in my office in _____ given under my hand and seal this 10th day of January 20 18

by _____, **Clerk of the Circuit Court**

_____ Deputy Clerk