**COPY**

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
_Jefferson_ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
vs. ) No. _13-cf-88_
_Alfred L. Cross_ )
Defendant. )

☐ SENTENCING JUDGMENT  ☒ JUDGMENT OF CONDITIONAL DISCHARGE
☐ JUDGMENT OF PROBATION  ☐ ORDER FOR SUPERVISION/_____ PROBATION

Defendant has been found guilty of the offense of _Theft_,
a Class _4_ _Felony_.

☒ Defendant is represented by counsel, _Milone_
☐ Counsel is waived intelligently, knowingly, and voluntarily.

The Court has considered the statutory factors required to impose sentence or disposition and
IT IS ORDERED that commencing on this date _10/20/15_

**FILED SECOND JUDICIAL COURT APR 13 2016 CLERK OF CIRCUIT COURT JEFFERSON COUNTY ILLINOIS**

☒ Judgment is entered and the Defendant is sentenced to
 ☐ Probation for a term of _____
 ☒ Conditional Discharge for a term of _30 Months_
☐ Without entering a judgment, Defendant is placed on:
 ☐ Court Supervision for a term of _____
 ☐ Section _____ Probation for a term of _____

IT IS THE FURTHER ORDER OF THE COURT THAT YOU SHALL COMPLY
WITH THE TERMS AND CONDITIONS WHICH ARE MARKED [X] AS FOLLOWS:

☒ 1. You shall not violate any criminal statute or ordinance of any jurisdiction.

☐ 2. You shall report to or appear in person before the Probation Officer within 7 days and further as the Probation Officer shall direct.

☐ 3. You shall not possess a firearm or other dangerous weapon where the offense is a felony or, if a misdemeanor, the offense involved the intentional or knowing infliction of bodily harm or threat of bodily harm; and if convicted of a felony, physically surrender at a time and place designated by the court, his or her Firearm Owners Identification card and any and all firearms in his or her possession.

☐ 4. You shall not leave the State of Illinois without the consent of the Court or, in circumstances in which the reason for the absence is of such emergency nature that prior consent by the Court is not possible, without prior notification and approval of your Probation Officer.

☐ 5. You shall comply with the conditions set forth on the attached Supplemental Order of Conditions for Sex Offenders.

☐ 6. You shall permit the Probation Officer to visit at your home or elsewhere to the extent necessary to discharge the Officer's duties. You shall advise the Probation Officer as to your place of residence and employment and shall notify the Probation Officer within 2 days as to any change thereof.

☐ 7. You shall not have in your body the presence of any alcohol or illicit drug prohibited by the Cannabis Control Act (720 ILCS 550/1) or the Illinois Controlled Substance Act (720 ILCS 570/100) unless prescribed by licensed physician and shall submit to any random alcohol or drug testing ordered by the Probation Officer and pay cost thereof, and shall undergo any substance abuse counseling or treatment directed by the Probation Officer and pay any cost thereof.

☒ 8. You shall pay a fine of $ _0_ ; a domestic violence fine/domestic battery fine/sexual assault fine/child pornography fine/street value fine of $_____ plus court costs, including arrestee, medical fee, drug/DUI lab fee according to the following payment schedule: $ _200_ per _Month_ beginning _11/2015 09-2016_ to be paid in full within _29 Months_. as per "Pay or Appear Order" attached. All payments shall be made to the Circuit Clerk.

☐ An Order of Withholding is entered pursuant to Illinois Revised Statutes, 730 ILCS 5/5-9-4.

☒ 8a. You shall pay a Violent Crime Victim's fine of (check applicable) ☒ $100.00 - Felony, ___ $ 75.00 - misdemeanor, ___ $ 50.00 - vehicle.

Adult sentencing judgment order (short form) 6    Page 1 of 2    Rev. 4/16/2012

**COPY**

☐ 9. You shall pay a drug assessment of $_____ according to the payment schedule set forth in Paragraph 8.

☒ 10. You shall make restitution of $29,007⁵⁷ to COMMUNITY FIRST BANK OF The Heartland 117 N. 10th, Mt Vernon IL according to the payment schedule set forth in Paragraph 8. A judgment for this amount is entered in favor of said victim. The Circuit Clerk shall enter this judgment in the judgment docket.

☐ 11. You shall make a contribution of $_____ to the local anti-crime program to be paid according to the payment schedule set forth in Paragraph 8.

☐ 12. You shall perform public service work under the direction and supervision of _____ or the Probation Officer for a period of _____. You shall abide by all the rules and responsibilities of the community service program of the _____ County Probation Department. You shall not be entitled to any compensation therefore and shall not be considered an employee for any purpose, including worker's compensation coverage.

☐ 13. You are sentenced to a term of _____ as set forth in the Order attached hereto.

☐ 14. You shall undergo an alcohol and drug assessment by _____ or a licensed agency approved by the Probation Officer and, if required by said agency or the Probation Officer, complete a remedial education course and/or an alcohol and drug evaluation, counseling, or treatment as an inpatient or outpatient for the period of time required by said agency or the Probation Officer. You shall report to said agency within 7 days and further as said agency or the Probation Officer shall direct and pay all costs thereof.

☐ 15. You shall submit to Genetic Marker Group (DNA) as set forth in the Order attached hereto. You shall provide specimens of blood, saliva or tissue for genetic marker grouping analysis as required by 730 ILCS 5/5-4-3. You shall pay to the clerk of the court an analysis fee of $250.00 and any cost for obtaining the specimen.

☐ 16. A Review Hearing is set for _____ at _____ when you shall appear and the Court shall review the terms and conditions required to be met in this Order. If all terms and conditions are met, then you shall not be required to appear at the Review Hearing.

☐ 17. IT IS FURTHER ORDERED that you shall be subject to the Administrative Sanctions Program established by the Chief Judge of the Second Judicial Circuit. The Probation Department may invoke any sanction of this Program for violation of the terms and conditions of this Order.

☒ 18. IT IS FURTHER ORDERED that, upon motion of the State's Attorney, the Court allows the State's Attorney a per diem fee of $25.00 for each of __1__ days actually employed in the trial of this cause.

☐ 19. IT IS FURTHER ORDERED that, having considered your ability to pay, a probation fee of $_____ for each month of actively supervised public service work, probation, conditional discharge, or supervision is imposed upon you as costs.

☐ 20. IT IS FURTHER ORDERED that at the conclusion of the term of supervision/Section _____ probation, if the Court determines that you have successfully complied with all of the terms and conditions of this Order, the Court shall enter a judgment dismissing this cause.

☐ 21. IT IS FURTHER ORDERED that you shall submit to a search of your person, your place of residence, and your property, including any motor vehicle under your control, at any time of the day or night by any law officer or Probation Officer with "reasonable suspicion", with or without a search warrant, at the direction of the Probation Officer.

☒ 22. Bond shall apply minus Clerk's Fee

Date: April 13, 2016    JUDGE: _____

I hereby certify that I have been given a copy of this order, that I have read it, that I understand it, and that I promise to comply with its terms and conditions. That I further understand that failure to comply with the terms and conditions of this Order may result in revocation of my probation/supervision.

Date: 4-13-16    X _____ Defendant

The document to which the certificate is attached is a full, true and correct copy of the original on file and of record in my office

Attest: _____
RANDY _____ Circuit Court
Jefferson County, Illinois
By: Deputy Barbara Mace
1/9/18

Adult sentencing judgment order (short form) 6    Page 2 of 2    Rev. 4/16/2012