... foregoing instrument is a full, true and correct copy of the Original on file in this office.

Attest 1/22/2018
Rex Catron, Clerk of the Circuit Court of The Third Judicial Circuit, Bond County, Illinois

By ______ Circuit Clerk

Prob 3.3.16 COPY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
BOND COUNTY

FILED
MAR 03 2016
CLERK OF THE CIRCUIT COURT
3rd Judicial Circuit, Bond County IL

| | | |
|---|---|---|
| The People of the State of Illinois | ) | |
| vs. | ) | No. 15 CF 23, Ct. II |
| Alfred L. Cross | ) | |

**ORDER OF PROBATION**

Matter having come on for sentencing and the defendant is present in open court represented by counsel, Attorney Gary Millone. The People are present and represented by Christopher Bauer, Bond County State's Attorney's Office. The Court finds that a judgment of guilt has heretofore been entered in this cause on the 24th day of February, 2016 for the offense of Financial Institution Fraud, over $10,000. The Court further finds that all the statutory prerequisites have been complied with and that it is not prohibited by law; the nature and circumstances of the offense; nor the history, character, and condition of the defendant from imposing a sentence of probation.

IT IS THEREFORE ORDERED that the defendant be placed on probation, pursuant to the provisions of the Illinois Unified Code of Corrections, Chapter 730 Illinois Compiled Statutes, Sections 5/5-6-2 and 5/5-6-3, for a period of Forty-Eight (48) Months, upon the following terms and conditions;

**Statutory Conditions:**

(X) The defendant shall not violate any criminal statute of this state or any other jurisdiction.

(X) The defendant shall report to or appear in person before such person or agency as the Court or the Probation Officer directs;

(X) The defendant shall refrain from possessing a firearm or other dangerous weapon and shall surrender to the Clerk of the Court his Firearm Owners Identification card for the term of this Order;

(X) The defendant shall not leave the State of Illinois without the consent of the Court or the Probation Officer. Transfer of a person's probation or conditional discharge supervision to another state is subject to acceptance by the other state pursuant to the Interstate Compact for Adult Offender Supervision;

(X) The defendant shall permit the probation officer to visit the defendant at home or elsewhere to the extent necessary to discharge his duties.

(X) The defendant shall, in accordance with the provisions of 730 ILCS 5/5-4-3, submit, at his or her own expense, a DNA specimen in accordance with Illinois State Police procedures for specimen collection and using specimen collection equipment provided by the Illinois State Police.

**Additional Conditions:**

(X) The defendant shall notify the Probation Officer in writing, within 48 hours, of any arrests, traffic citations or change of address.

(X) The defendant shall not relocate his or her residence to a location outside of the boundaries of his or her current county of residence without first obtaining the consent of his or her probation officer.

(X) The defendant hereby consents to any search of his/her person, residence, cellular phone, computer or other digital devices to which he/she may have access, and of any vehicle which he/she may own or may be found driving, to be conducted by his/her Probation Officer or by any law enforcement officer at any time during



this order. The defendant acknowledges that his/her agreement to this condition, as a part of a plea agreement, constitutes a waiver of his/her 4th Amendment rights with regard to such searches, and that this waiver is knowingly and voluntarily made after consultation with counsel.

(X) The defendant shall pay court costs – statutory bond fee in the amount of **$ 5,000.00**. Court costs in excess of $5,000.00 shall be imposed and thereafter revoked.

(X) The defendant shall pay restitution in the amount of **$ 67,500.00**, which the Circuit Clerk will distribute to the Bradford National Bank of Greenville, Illinois.

(X) The defendant shall pay a probation supervision fee of $ 25.00 for each month of probation.
( ) Payments to be included in the payment schedule imposed below.
(X) Payments to be made monthly.

(X) Payment of the sums called for in this Order shall be as follows: Bail Bond Ordered Applied to pay costs and Restitution, in full.

( ) The defendant is admonished in open Court, and acknowledges, that if each and every payment is not made as ordered, the defendant must appear at ______________________ in the Main Courtroom of the Bond County Courthouse for further hearings in this matter.

( ) The costs of these proceedings shall be imposed and, thereafter, revoked.

( ) The defendant shall support any dependents that he/she now has or may have during the term of this Probation;

( ) The defendant shall seek and maintain gainful employment or pursue a course of study or vocational training to the satisfaction of the Probation Officer.

( ) The defendant shall remain in school, obey rules and regulations of the school, and maintain grade and attendance records to the satisfaction of the Probation Officer.

( ) The defendant shall enroll in, attend and complete all assignments of a "Learn to Read/Remedial Reading Program: and/or a G.E.D. preparation class, as determined by the Probation Officer. At the request of the Probation Officer, the defendant shall test for and attempt to satisfactorily pass a G.E.D. test and obtain a G.E.D. certificate;

(X) The defendant shall obtain, at the defendant's own expense, any psychological, psychiatric, or mental health evaluation, treatment, or counseling as well as any alcohol or substance abuse evaluation, treatment, or counseling the Probation Officer recommends.
( ) In addition, the defendant shall obtain any and all Domestic Violence evaluations, treatment or counseling requested by Probation at his/her own expense.

( ) The defendant shall seek and obtain an alcohol abuse evaluation by an D.A.S.A. licensed facility pursuant to statute and shall file the report of the evaluation in this cause within _________days

( ) The defendant shall refrain from having in his or her body the presence of any illicit drug prohibited by the Cannabis Control Act, the Illinois Controlled Substances Act, or the Methamphetamine Control and Community Protection Act.

( ) The defendant shall submit to, at the defendant's own expense, any blood, breath, urine or chemical testing that the Probation Officer or any law enforcement officer requests. Any written or printed laboratory results from a certified laboratory shall be admissible, without further proof, in any proceedings to revoke this Order. The defendant acknowledges that this constitutes a waiver of 6th Amendment right to confront and cross examine certain witnesses at a future revocation hearing and said waiver is knowingly and voluntarily made after consultation with counsel.



( ) The defendant shall not possess or consume alcoholic beverages and shall not go on or about the premises of bars, taverns or liquor stores;

( ) The defendant shall observe a curfew and shall be present in his/her residence with exceptions for medical emergencies, gainful employment that the Probation Officer has approved in advance, or for any reason after having first obtained the Probation Officer's permission as follows:

- ( ) With the hours to be set by the Probation Officer
- ( ) ________ p.m each Sunday through Thursday night and ________ p.m. each Friday and Saturday night through ________ a.m. each morning.

(X) The defendant shall give true answers to all questions propounded to the defendant by the Probation Officer or this Court during the term of probation;

( ) The defendant shall not associate with, reside in the same residence as, or frequent any place where convicted felons, probationers, or parolees congregate, frequent, or assemble unless the defendant has the consent of the Court or the Probation Officer. This prohibition shall not apply to the defendant's family members unless the Court orders such non-association for evaluation, counseling, or rehabilitative purposes.

( ) The defendant shall initiate no contact, direct or indirect, and shall not associate with the following individual(s): The Probation Department shall have the authority to impose prohibitions on associations with specific individuals.

(X) The defendant shall not go on or about the property owned or occupied by: The Bradford National Bank, Greenville, Illinois.

( ) The defendant shall serve ______ hours of community service work with the authority granted the Probation Officer to reduce this requirement at his or her discretion. (Credit for any hours served).

( ) The defendant shall serve _______ days home detention, to begin instanter and to be served on consecutive days, pursuant to the terms and conditions that the Probation officer establishes.

( ) The defendant shall serve _______ days in the Bond County Jail with credit for time heretofore served.

- ( ) The balance to be served on consecutive days beginning instanter.
- ( ) The balance to be served on periodic imprisonment basis on consecutive ________ at ________ o'clock through ________________ at ________________ o'clock, the first such period beginning ____________________, 20______
- ( ) The balance of said sentence to be stayed until __________________________, 20____ at __________ o'clock at which time the defendant shall appear at the Bond County Jail; however, said sentence shall be revoked if up to and including ______________________, 20____ at ________ o' clock the defendant has been in full and complete compliance with each and every provision of this Order. Further provided, however, that if the mittimus for said remaining sentence shall issue immediately upon the filing of a verified petition by the People alleging that the defendant has violated any provision of this Order.
- ( ) The balance of said sentence shall be served on a Work Release basis in accordance with the Work Release Program standards and procedures as established by the Bond County Sheriff's Department, and including that the defendant pay the standard Work Release fee for each day of Work Release sentence. The Work Release sentence shall be served as follows: ____________________________________________________________
____________________________________________________________
____________________________________________________________

( ) The defendant shall attend, at the defendant's own expense, _______ Victim Impact Panel(s) to be arranged by the Probation Officer.



( ) The defendant shall attend and satisfactorily complete, at his or her own expense, a Money Management Course deemed appropriate by the Probation Department and file a certificate of completion within ______ days.

( ) The defendant shall contribute $____________ to the ________________________________.

(X) The Circuit Clerk is directed to distribute a copy of this Order to the Bond County Probation Department.

( ) The defendant shall, for a period of _______ days, beginning ___________, wear an approved SCRAM device, approved in advance by the Bond County Probation Department, and shall pay all fees associated with said program. Defendant shall maintain a land line telephone line at all times necessary for participating in said SCRAM device. Said condition shall be pursuant to the terms and conditions established by the Probation Officer.

It is hereby ordered by this Court that any and all records accumulated by the Probation Officer in this case shall be open to inspection by any Court, and may be transferred in their entirety to any other probation officer to which this case is transferred.

The defendant is advised in open court of the terms and conditions of this Order of Probation and is further admonished that failure to comply with these terms and conditions could result in a revocation of this Order of Probation and re-sentencing up to the maximum penalty for the offense(s).

Entered this 3 day of MARCH, 2016.

______________________
Judge Presiding

I acknowledge that I am the defendant in the above action, that I have received a copy of the above document, setting forth the terms and conditions of my sentence of probation, that I have read the document and understand these terms and conditions and that I understand that my failure to follow these terms and conditions could result in a revocation of my probation and a re-sentencing of up to the maximum penalty for the charge for which I am serving a sentence of probation.

______________________ 3-3-2016
Defendant Date