In The United States District Court
For The Southern District Of Illinois

United States Of America
   Plaintiff,

vs.                                    Criminal No: 17-CR-30047
                                                    (NJR)
Alfred Cross
   Defendant,

## Motion For Reconsideration

Now comes the Defendant and approaches this Court and states as follows:

On April 23, 2018, the Defendant filed a Motion To Appear At A State Court proceeding, docket No: 106.

The Court responded to said motion setting out, would not entertain such motion, see attached "Order".

The Defendant did contact his attorney, requesting him to file a motion, as to be able to appear at said state court matter, said attorney responded as set out in attached letter.

Considering such, the Defendant hereby now files this instant motion.

The Defendant hereby requests this Court to now reconsider the Motion (106) the Defendant filed.

The Defendant does not have an attorney in the state matter, therefore, the Defendant needs to be there to protect his interest, more-so his wifes interest in her home.

Finally, the facts and issues, the filing of April 23, 2018 (106) is still the same as the date of the filing.

Therefore, the Defendant hereby requests this Court, to grant the Motion filed of April 23, 2018.

The Defendant hereby submits this Motion For Reconsideration to the Honorable Judge Nancy J. Rosenstengel.

Respectfully Submitted,
*Alfred Cross*

Alfred Cross
St. Clair Cty.
700 N. 5th St.
Belleville, Ill. 62220

### Certificate Of Service

The Defendant hereby mails this Motion on this 14th day of May, 2018, postage paid.

*Alfred Cross*

**MARGULIS GELFAND**
Attorneys at Law

May 7, 2018

Alfred Cross
St. Clair County Jail
700 North 5th Street
Belleville, Il. 62220

Dear Al,

    I am in receipt of your letter dated April 30, 2018. I mailed you the plea transcript so hopefully you have it by now. I also saw that you filed a pro se motion which the Court rejected. I don't represent you in your State civil matter so I do not think it is my place to file this motion on your behalf. I would have your civil attorney seek a postponement of the State case until you can be present.

    I will see you next week to go over the rest of the PSI with you. Objections are due May 17.

Very Truly Yours,

William S. Margulis

8000 Maryland Avenue
Suite 420
St. Louis, MO 63105

p. 314.390.0234
f. 314.485.2264
margulisgelfand.com

```
MIME-Version:1.0
From:ilsd_nef@ilsd.uscourts.gov
To:ilsd_nef@localhost.localdomain
Bcc:
--Case Participants: William S. Margulis (bill@margulisgelfand.com), Scott A.
Verseman (audrey.brazier@usdoj.gov, caseview.ecf@usdoj.gov,
scott.verseman@usdoj.gov), Judge Nancy J. Rosenstengel
(blaire_klehm@ilsd.uscourts.gov, deana_brinkley@ilsd.uscourts.gov,
judge_rosenstengel@ilsd.uscourts.gov, kristen_henke@ilsd.uscourts.gov,
michele_parrish@ilsd.uscourts.gov)
--Non Case Participants: U.S. Probation Office (cmecf_ilsp@ilsp.uscourts.gov)
--No Notice Sent:

Message-Id:<3929977@ilsd.uscourts.gov>
Subject:Activity in Case 3:17-cr-30047-NJR USA v. Cross Order on Motion for
Miscellaneous Relief
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Illinois**

**Notice of Electronic Filing**

The following transaction was entered on 4/25/2018 at 11:02 AM CDT and filed on 4/25/2018
**Case Name:** USA v. Cross
**Case Number:** 3:17-cr-30047-NJR
**Filer:**
**Document Number:** 110(No document attached)

**Docket Text:**
**ORDER DENYING [106] Motion. Defendant has filed a *pro se* motion requesting that he be allowed to appear in state court regarding a real estate matter. The Court will not entertain this *pro se* motion because Defendant is represented by counsel. Any motions filed by Defendant must be filed through counsel. Signed by Judge Nancy J. Rosenstengel on 4/25/2018. (drb)**

**3:17-cr-30047-NJR-1 Notice has been electronically mailed to:**

Scott A. Verseman    scott.verseman@usdoj.gov, Audrey.Brazier@usdoj.gov,

Alfred Cross
St. Clair Cty.
700 N. 5th St.
Belleville, Ill,
62220

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

MAIL CLEARED
US MARSHALS

Honorable Judge Nancy J. Rosenstengel
United States Courthouse
750 Missouri Avenue
East St. Louis, Illinois 62202

INMATE CORRESPONDENCE
ST. CLAIR COUNTY JAIL

Legal Mail:

RECEIVED
MAY 16 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Legal Mail;